NEW ORLEANS,

Wellington, &c. v. Ocean Insurance Co. The Same v. Firemen's Insurance Co.

---

ALFRED WELLINGTON and another *v.* THE OCEAN INSURANCE COMPANY.

APPEAL from the Commercial Court of New Orleans, *Watts,* J.

BULLARD, J.    This case presents, among others, the same question as to evidence, which arose in the case just decided of the same plaintiffs against the Merchants' Insurance Company, and must be decided in the same way.

It is, therefore, ordered and decreed, that the judgment of the Commercial Court be reversed, and that the case be remanded for a new trial, with directions as set forth in the case last mentioned; and that the costs of the appeal be paid by the appellees.

*Peyton, I. W. Smith* and *L. C. Duncan,* for the plaintiffs.

*F. B. Conrad,* for the appellants.